

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2020

No. 04-20-00503-CR

Julian Lyle **WEESE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR18-140
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

A trial court's certification of the defendant's right of appeal has been filed in this appeal. The trial court has certified that the underlying criminal case "is a plea-bargain case, and the defendant has NO right of appeal."

We ORDER the trial court clerk to file an electronic clerk's record within TEN DAYS of the date of this order containing the following documents:

1.  all pre-trial orders and the related pre-trial motions;

2.  the Court's Admonishments, the defendant's Waiver, Consent to Stipulation of Testimony, and any other stipulations, and all other documents relating to the defendant's plea bargain;

3.  the Judgment;

4.  all post judgment motions and orders;

5.  the Notice of Appeal;

6.  the Trial Court's Certification of Defendant's Right of Appeal; and

7.  the Criminal Docket Sheet.

We DIRECT the clerk of this court to send a copy of this order to the attorneys of record, the trial court clerk, and the court reporter(s) responsible for preparing the reporter's record in this appeal.

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of October, 2020.



_____
Michael A. Cruz,
Clerk of Court